IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00720–REB–KMT

DONNA PERO, and
DAVID PERO,

      Plaintiffs,

v.

JOHN GRIFFIN,

      Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Motion to Vacate Scheduling Conference" (#7, filed June 24, 2009) is GRANTED in part. The scheduling conference set for June 30, 2009 is VACATED and RESET to August 3, 2009 at 9:00 a.m.

Dated: June 26, 2009