**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00720-REB-KMT

DONNA PERO, and
DAVID PERO,

     Plaintiffs,

v.

JOHN GRIFFIN,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Plaintiffs' Notice of Dismissal Without Prejudice** [#10] filed July 9, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Notice of Dismissal Without Prejudice** [#10] filed July 9, 2009, is **APPROVED** ; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 10, 2009, at Denver, Colorado.

                                  BY THE COURT:

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge